UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AUGUSTA MALACARNE,
                     Plaintiff,

          -against-

CITY UNIVERSITY OF NEW YORK, PAUL RUSSO,
ROBERT SPECTER, VICE PRESIDENT OF
ADMINISTRATION AND FINANCE, BARUCH
COLLEGE, AND ABRAHAM TAWIL,
                     Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/06

05 CIVIL 9103 (JSR)

**JUDGMENT**

Defendants having moved for summary judgment dismissing all claims, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on December 22, 2006, having rendered its Memorandum Order granting summary judgment to defendants dismissing all of plaintiff's claims, in their entirety, with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 22, 2006, summary judgment is granted to defendants dismissing all of plaintiff's claims, in their entirety, with prejudice; accordingly, judgment is entered in favor of the defendants.

Dated: New York, New York
          December 27, 2006

                                  **J. MICHAEL McMAHON**
                                      Clerk of Court
                      BY:
                                      **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____